UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TRUSTEES OF CENTRAL LABORERS PENSION, WELFARE AND ANNUITY FUNDS,**         Plaintiff(s),<br><br>vs.<br><br>**BRIAN TAYLOR,**         Defendant(s). | No.   04-CV-643-DRH |

### ORDER OF DISMISSAL

The Court having been advised by the counsel for the parties that the above action has been settled;

**IT IS ORDERED** that this action is hereby dismissed without costs and with the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

DATED: This __8th__ day of __June__, 2005.

/s/     David RHerndon
**UNITED STATES DISTRICT JUDGE**